**SEALED**

**FILED**

**Feb 10, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>NOUMAN MUSTAFA,<br><br>Defendant. | CASE NO.  1:26-mj-00017-SAB<br><br>**SEALING ORDER** |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered SEALED until further order of this court.

DATED: **Feb 9, 2026**

_____
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

1