ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:26-mj-00017-SAB |
|---|---|
| Plaintiff, | MOTION TO UNSEAL CASE; ORDER |
| v. | |
| NOUMAN MUSTAFA, | |
| Defendant. | |

The government moves the Court to unseal the Complaint and all other filings in this case.  The defendant has been arrested and will be making an initial appearance in this Court shortly.  Therefore, the case should be unsealed to advise the defendant of the charges.

Dated:  February 11, 2026                          Very truly yours,

                                                                    ERIC GRANT
                                                                    United States Attorney

                                                                    /s/ Joseph Barton
                                                                    Arelis Clemente
                                                                    Joseph Barton
                                                                    Assistant United States Attorneys

**ORDER**

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings be unsealed.

IT IS SO ORDERED.

Dated:   **February 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge