# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOUMAN MUSTAFA,<br><br>Defendant. | Case No. 1:26-mj-00017-SAB<br><br>ORDER DENYING MOTION FOR BAIL REVIEW<br><br>(ECF No. 10) |

On March 11, 2026, Defendant Nouman Mustafa filed a motion for bail review based upon changed circumstances that: (1) the identification of substantial additional resources are available to secure bail; (2) evidence that Defendant was unaware of any pending criminal investigation at the time he planned to travel; (3) evidence clarifying that the alleged loss amount and corresponding Guidelines range are relatively low; and (4) discovery suggesting that the weight of the evidence does not support detention.  (ECF No. 10.)  On March 16, 2026, the Government filed its opposition.  (ECF No. 11.)  The Court held a hearing on the matter on March 18, 2026.  Defendant appeared in custody with counsel Christina Corcoran.  Counsel Joseph Barton and Arelis Clemente appeared on behalf of the Government.  Having considered the moving and opposition papers, as well as the arguments presented at the hearing, the Court will deny Defendant's motion for bail review.

A bail hearing "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there

are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

For the reasons stated on the record, Defendant's new information does not change the previous finding that there is no condition or combination of conditions which will reasonably assure the appearance of the Defendant and the safety of the community for the reasons stated on the record. Therefore, Defendant's motion for bail review (ECF No. 10) is DENIED. The Defendant shall remain detained.

IT IS SO ORDERED.

Dated:   **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge