# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>NOUMAN MUSTAFA,<br><br>     Defendant. | Case No.  1:26-mj-00017-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE PRELIMINARY HEARING |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for March 27, 2026, is continued to April 3, 2026, at 2:00 p.m., before the Duty Magistrate Judge.  Time shall be excluded from March 19, 2026, through April 3, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **March 19, 2026**   _____

                               STANLEY A. BOONE
                               United States Magistrate Judge

1