AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
### for the

Eastern    District of    California

United States of America                     )
v.                                           )
                                             )    Case No.    1:26-MJ-00017-KES-SAB
NOUMAN MUSTAFA                                )
_Defendant_                                  )

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U.S. DISTRICT COURT,  EASTERN DISTRICT OF CALIFORNIA
                                                                                _Place_

2500 TULARE STREET, FRESNO, CALIFORNIA - COURTROOM 10

on                                            05/22/2026 2:00 PM
                                                _Date and Time_

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

# RELEASE DELAYED  UNTIL 4/16/2026 AT 8:30AM

AO 199B  (Rev. 08/18 D.C. Orshp.) Additional Conditions of Release (General)                                                Page 2 of 3 Pages

**MUSTAFA, Nouman**
**Doc. No. 1:26-00017M-SAB**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑  (6)     The defendant is placed in the custody of:

Name of person or organization          Farida Gharwal

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☑  (7)     The defendant must:
☑     (a)   report on a regular basis to the following agency:
            Pretrial Services and comply with their rules and regulations;
☑     (b)   report in person to the Pretrial Services Agency immediately upon your release from custody;
☑     (c)   reside at a location approved by the pretrial services officer, and not move or be absent from this residence
            for more than 24 hrs. without prior approval of pretrial services officer;
☑     (d)   report any contact with law enforcement to your pretrial services officer within 24 hours;
☑     (e)   cooperate in the collection of a DNA sample;
☑     (f)   travel restricted to Central District of California and Eastern District of California, unless otherwise
            approved in advance by pretrial services officer;
☑     (g)   seek and/or maintain employment, and provide proof thereof to the pretrial services officer, upon request;
☑     (h)   not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other
            dangerous weapon; additionally, you must provide written proof of divestment of all
            firearms/ammunition, currently under your control;
☑     (i)   not use or possess any narcotic drug or other controlled substance without a prescription by a licensed
            medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s).
            However, medical marijuana, prescribed and/or recommended, may not be used;
☑     (j)   surrender your Pakistani passport and National Identity Card including any expired Pakistani passport and
            expired National Identification Card currently in your custody, prior to your release from custody, and
            you must not apply for or obtain a passport or any other travel documents during the pendency of this
            case;
☑     (k)   not open any business accounts/LLC's/bank accounts without approval from the pretrial services officer;
☑     (l)   execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions
            of release, the following sum of money or designated property: **A $20,000 cash bond**;
☑     (m)   participate in the following location monitoring program component and abide by all the requirements of
            the program, which will include a location monitoring technology as directed by the pretrial services
            officer. You must comply with all instructions for the use and operation of the location monitoring
            technology as given to you by the Pretrial Services Agency and employees of the monitoring company.
            You must pay all or part of the costs of the program based upon your ability to pay, as determined by the
            pretrial services officer. **HOME DETENTION:** You must remain inside your residence at all times
            except for employment; education; religious services; medical, substance abuse, or mental health
            treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-
            approved by the pretrial services officer. Essential activities include haircuts, DMV appointments,
            banking needs, or other activities that cannot be completed by another person on your behalf; and,

## USMS SPECIAL INSTRUCTIONS:

☑     (n)   your release on bond is delayed until the first working day at 8:30am, following the surrender of your
            Pakistani passport and the posting of the bond, at which time you shall be released to your third-party
            custodian who will transport you directly from the Kern County Jail to the Pretrial Services Office in
            Bakersfield, California, for activation on the location monitoring program.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.

Date: _____4/15/2026_____

_____
*Judicial Officer's Signature*

Kirk E. Sherriff, United States District Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL