ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NOUMAN MUSTAFA,<br><br>Defendant. | Case No. 1:26-mj-00017-SAB<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING |

The defendant, Nouman Mustafa, made his initial appearance in this district on February 13, 2026, and his preliminary hearing is currently scheduled for May 22, 2026, with an appropriate time exclusion so that Mr. Mustafa can review the discovery and consider a possible pre-indictment resolution.  Government counsel was in trial from April 21, 2026 through May 5, 2025, and defense counsel is on leave the week of May 11, 2026.  Therefore, the parties agree that Mr. Mustafa's preliminary hearing may be further continued until June 26, 2026, at 2:00 p.m., before the Duty Magistrate Judge, so that Mr. Mustafa and his counsel may have additional time to review the discovery and consider a pre-indictment resolution.

The parties also agree that time shall be excluded from May 9, 2026, through June 26, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  May 9, 2026

*/s/ Christina Corcoran*
Christina Corcoran
Counsel for Nouman Mustafa

Dated:  May 9, 2026

*/s/ Joseph Barton*
Arelis Clemente
Joseph Barton
Assistant United States Attorneys

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-mj-00017-SAB |
| Plaintiff, | ORDER |
| v. | |
| NOUMAN MUSTAFA, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for May 22, 2026, is continued until June 26 2026, at 2:00 p.m., before the Duty Magistrate Judge.  Time shall be excluded from May 9, 2026, through June 26, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  __**May 11, 2026**__                          /s/ Eric P. Grosj
                                                  UNITED STATES MAGISTRATE JUDGE