ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:26-mj-00017-SAB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| v. | |
| NOUMAN MUSTAFA, | |
| Defendant. | |

The defendant, Nouman Mustafa, is charged by complaint in a health care fraud scheme. Mr. Mustafa made his initial appearance in this district on February 13, 2026, and his preliminary hearing is currently scheduled for June 26, 2026, with an appropriate time exclusion so that he can review the discovery and consider a possible pre-indictment resolution. Government counsel and defense counsel were in trial or on previously scheduled leave for much of April and May 2026, and the government has recently produced supplemental discovery to the defense. The parties have also met and conferred multiple times regarding a potential pre-indictment resolution of the case. Their most recent meeting was on June 9, 2026. Therefore, the parties agree that Mr. Mustafa's preliminary hearing may be further continued until July 17,

2026, at 2:00 p.m., before the Duty Magistrate Judge, so that Mr. Mustafa and his counsel may have additional time to review the discovery, meet with the government, and consider a pre-indictment resolution.  The parties also agree that time shall be excluded from June 11, 2026, through July 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  June 11, 2026

*/s/ Christina Corcoran*
Christina Corcoran
Counsel for Nouman Mustafa

Dated:  June 11, 2026

*/s/ Joseph Barton*
Arelis Clemente
Joseph Barton
Assistant United States Attorneys

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-mj-00017-SAB |
| Plaintiff, | ORDER |
| v. | |
| NOUMAN MUSTAFA, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for June 26, 2026, is continued until July 17, 2026, at 2:00 p.m., before the Duty Magistrate Judge. Time shall be excluded from June 11, 2026, through July 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __**June 11, 2026**__          /s/ *Eric P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE