ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NOUMAN MUSTAFA,<br><br>Defendant. | Case No. 1:26-mj-00017<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING |

The defendant, Nouman Mustafa, is charged by complaint in a health care fraud scheme. Mr. Mustafa made his initial appearance in this district on February 13, 2026, and his preliminary hearing is currently scheduled for July 17, 2026, with an appropriate time exclusion so that he can review the discovery and consider a possible pre-indictment resolution.

The government recently produced supplemental discovery to the defense and anticipates having more supplemental discovery to produce within the next couple of weeks.  The discovery includes complex patient billing, corporate formation, and financial data.

The parties have met and conferred multiple times in recent weeks regarding the potential pre-indictment resolution.  Their most recent meeting was on July 6, 2026.

The parties are continuing to work diligently towards a pre-indictment resolution, but both government and defense counsel will be on previously scheduled leave for the last part of July and early August 2026.  Therefore, they agree that Mr. Mustafa's preliminary hearing may be further continued until September 17, 2026, at 2:00 p.m., before the Duty Magistrate Judge, so that Mr. Mustafa and his defense counsel may have additional time to review the discovery, meet with the government, and consider the pre-indictment resolution.  The parties also agree that time shall be excluded from July 6, 2026, through September 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.


Dated:  July 6, 2026

*/s/ Christina Corcoran*
Christina Corcoran
Counsel for Nouman Mustafa


Dated:  July 6, 2026

*/s/ Joseph Barton*
Arelis Clemente
Joseph Barton
Assistant United States Attorneys

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-mj-00017 |
| Plaintiff, | ORDER |
| v. | |
| NOUMAN MUSTAFA, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for July 17, 2026, is continued until September 17, 2026, at 2:00 p.m., before the Duty Magistrate Judge.  Time shall be excluded from July 6, 2026, through September 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  No further extensions will be granted absent good cause.  The defendant is ordered to appear on September 17, 2026 at 2:00 pm.

IT IS SO ORDERED.

Dated:   **July 6, 2026**                              _____
                                                              STANLEY A. BOONE
                                                              United States Magistrate Judge